ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

FRANCISCO GONZALEZ,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INFORMATION

07 Cr. 427 (SCR)

## COUNT ONE

The United States Attorney charges:

1. From on or about November 2, 2006 up to and including on or about November 4, 2006, in the Southern District of New York and elsewhere, FRANCISCO GONZALEZ, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FRANCISCO GONZALEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

3. It was a further part and an object of the conspiracy that FRANCISCO GONZALEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute 500 grams and more of mixtures and substances containing a

detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

## OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal objects thereof, FRANCISCO GONZALEZ, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York:

    a. On or about November 2, 2006, FRANCISCO GONZALEZ, the defendant, and a co-conspirator not named herein ("CC-1") met with a co-conspirator not named herein ("CC-2") in Yonkers, New York and provided CC-2 with a kilogram of heroin.

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney