# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,  :

v.  :    07 Cr. 427 (SCR)

**FRANCISCO GONZALEZ,**  :

          Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FRANCISCO GONZALEZ,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)((1)(D) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_/s/ Francisco Gonzalez_
Defendant.

_/s/ J. DelValle_
Counsel for Defendant.

Date:  White Plains, New York
      May ___, 2007