UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America

                                        ORDER ACCEPTING PLEA ALLOCUTION

                                        07 Cr. 427 (SCR)

                v.

Francisco Gonzalez

_____

ROBINSON, J.


    The Court has reviewed the transcript of the plea allocation in the above entitled

case, the charging papers, and all other pertinent parts of the record.  The Report and

Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge,

dated August 15, 2007, is approved and accepted.


    The Clerk of the court is directed to enter the plea.


Date: *September 18, 2007*


                                        SO ORDERED:


                                        _____
                                        STEPHEN C. ROBINSON
                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____